UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID S., and S.S., <br><br> Plaintiffs, <br><br> vs. <br><br> GROUP HOSPITALIZATION and MEDICAL SERVICES INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD, and CAREFIRST BLUECHOICE INC., <br><br> Defendants. | Case Number: 1:25-cv-00173 |

## ORDER AMENDING DISPOSITIVE MOTION BRIEFING SCHEDULE

Plaintiffs David S., and S.S., alongside Defendants Group Hospitalization and Medical Services inc. d/b/a/ Carefirst BlueCross BlueShield, and Carefirst Bluechoice inc. (Collectively "The Parties"), by and through their undersigned counsel, have submitted a motion to amend ECF 26, this Court's Order dictating the briefing schedule for cross dispositive motions.

For good cause shown, this Court GRANTS the motion and ORDERS that the dipositive motion briefing schedule is amended as follows:

- The deadline for the parties to file cross motions for summary judgment is extended to January 26, 2026.
- The deadline to file oppositions to the cross motions is extended to February 23, 2026.
- The deadline to file replies relating to the respective cross motions is extended to March 2, 2026.

DATED  November 26, 2025

/s/
_____
District Judge Michael S Nachmanoff